IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LARRY T. LINARES | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-253 |
| R. SMITH, *et al.*, | § | |

**MEMORANDUM OPINION REGARDING VENUE**

Plaintiff, Larry T. Linares, an inmate currently incarcerated at the Connally Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against R. Smith, FNU Obi, Ciril Omayeche, and FNU Wagner.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Venue in a civil rights action is determined pursuant to 28 U.S.C. § 1391(b). When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where all the defendants reside or in which a substantial part of the events or omissions giving rise to the claim occurred.

Plaintiff's complaint pertains to transactions or occurrences that occurred at the Connally Unit in Kenedy, Texas. Kenedy, Texas, is in Karnes County, Texas, which is in the Western District of Texas, San Antonio Division. It is clear that all of the events or omissions giving rise to his

claims against the Defendants occurred in the Western District of Texas, San Antonion Division. Venue, therefore, is not proper in the Eastern District of Texas, Beaumont Division.

When venue is not proper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Plaintiff's claims should be transferred to the Western District of Texas, San Antonio Division. An appropriate order so providing will be entered by the undersigned.

SIGNED this 25th day of June, 2026.

Zack Hawthorn
United States Magistrate Judge